IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 5:24-cr-61 (MTT) |
| STEVEN LEWIS, : | |
| : | |
| Defendant. : | |
| _____: | |

**ORDER**

The Order Setting Conditions of Release entered on December 18, 2024, (Doc. 8) is hereby **MODIFIED** to add the following conditions:

1. Defendant shall not use or unlawfully possess any narcotic drug or controlled substance unless prescribed by a licensed medical practitioner.

2. Defendant must submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

3. Defendant must participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

All other conditions of release, as set forth in the Order of December 18, 2024, shall remain in effect. In light of this modification, the Petition for Action on Conditions of Pretrial Release (Doc. 27) is hereby **DISMISSED**.

**SO ORDERED**, this 18th day of June, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge