

Govt. Exhibit 1