PROB 72
(Rev. 02/16)

# UNITED STATES DISTRICT COURT
для the
Middle District of Georgia

## DECLARATION OF VICTIM LOSSES

| | |
|---|---|
| UNITED STATES<br>v.<br>STEVEN LEWIS | ʃ<br>ʃ<br>ʃ  Case No.    5:24-CR-61<br>ʃ<br>ʃ |

I, __Walthall Oil Company__, residing at __2510 Allen Road__, in the city (or county) of __Macon__, in the state of __Georgia__, am a victim in the above referenced case, and I believe that I am entitled to restitution in the total amount of $ __217,228.42__.

My specific losses as a result of this offense are summarized as follows: *(attach additional pages if needed)*

☐ I have been compensated by insurance or another source with respect to all or a portion of my losses in the amount of $ _____. The name and address of my insurance company and the claim number for this loss are as follows:

As a result of this offense, I have: *(check all that apply)*

☐ become insolvent;
☐ filed for bankruptcy under the Bankruptcy Code (title 11, United States Code);
☐ suffered substantial loss of a retirement, education, or other savings or investment fund;
☐ made substantial changes to my employment (such as postponing retirement plans);
☐ made substantial changes to my living arrangements (such as relocating to a less expensive home);
☐ suffered substantial harm to my ability to obtain credit.

I declare under penalty of perjury that the foregoing is true and correct.

Date executed: __7/10/2025__                    _____

*(Additional Pages May be Attached)*